### 32903. SOUTHEASTERN CONSTRUCTION Co., for use of GILL EQUIPMENT Co., v. GLENS FALLS INDEMNITY Co.

FELTON, J. The Supreme Court of Georgia having on certiorari reversed the judgment of this court in this case (*Glens Falls Indemnity Co. v. Southeastern Construction Co., for use of Gill Equipment Co.,* 207 *Ga.* 488) the judgment of this court reversing the trial court's judgment sustaining the general demurrer to the petition is vacated, and the judgment of the trial court is

*Affirmed. Sutton, C.J., MacIntyre, P.J., and Gardner, Townsend and Worrill, JJ., concur.*

DECIDED DECEMBER 5, 1950.

*MacDougald, Troutman, Sams & Schroder, Gilmer A. Mac-Dougald,* for plaintiff.

*Powell, Goldstein, Frazer & Murphy,* for defendant.